IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. MOUREN FARMING, INC., also known as WJ MOUREN FARMING COMPANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | CV F 05-0031 AWI LJO<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE**<br><br><u>OLD HEARING DATE</u><br><br>MAY 16, 2005<br><br><u>NEW HEARING DATE</u><br><br>JUNE 13, 2005 |

**STIPULATION**

Defendant Great American Insurance Company ("Great American") has filed a motion for summary judgment and for other relief. Great American's Motion is set for hearing on May 16, 2005, at 1:30 p.m., before Judge Anthony W. Ishii.

Plaintiff's counsel, Ted R. Frame ("Frame") has unexpectedly become primarily responsible for the preparation and presentation of post-trial motions, and for laying the groundwork for possible appeal, in Fresno County Superior Court Case No. 02 CE CG 04540 MWS, entitled AAhmad Skouti, et al., plaintiffs, vs. Britz Fertilizers, Inc. ("BFI").

That case is a crop damage case wherein an unexpected judgment on jury verdict was entered in favor of Ahmad Skouti, et al., and against BFI, on April 14, 2005, for $7,596,247.00, plus costs. Frame did not try the case but has represented BFI as its outside general counsel for approximately 45 years. His unexpected involvement in the case is taking up substantially all of his working time, and does not allow him adequate time for preparation of opposition to Great American's motion in this case.

    IT IS HEREBY STIPULATED AND AGREED THAT the hearing date currently scheduled for Great American's motion (May 16, 2005) shall be continued to June 13, 2005, at 1:30 p.m., before Judge Ishii (Courtroom #3).

    IT IS FURTHER STIPULATED AND AGREED THAT plaintiff's opposition to Great American's motion shall be electronically filed and electronically served on Great American's counsel no later than May 27, 2005.

Dated: April 28, 2005                      FRAME & MATSUMOTO

                                              By:  /s/   Ted R. Frame
                                                  TED R. FRAME,
                                                  Attorneys for Plaintiff,
                                                 William J. Mouren Farming, Inc.

SANDERS & ASSOCIATES

By: /s/ M. Bradford Sanders
    M. BRADFORD SANDERS
    Attorneys for Defendant,
    Great American Insurance Company

## ORDER

Good cause appearing therefor, IT IS ORDERED THAT the hearing date for the motion by defendant Great American Insurance Company for summary judgment and for other relief, originally scheduled for May 16, 2005, at 1:30 p.m., in Courtroom #3, is continued until June 13, 2005, at 1:30 p.m., in Courtroom #3.

IT IS SO ORDERED.

**Dated:   May 2, 2005**                       /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE