# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. MOUREN FARMING, INC., also known as WJ MOUREN FARMING COMPANY, INC.,<br><br>　　　　　**Plaintiff**,<br><br>　　v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>　　　　　**Defendant.** | CV F 05-0031 AWI LJO<br><br>ORDER VACATING JUNE 13, 2005 HEARING |

Defendant Great American Insurance Company's motion, for injunctive relief, and to enforce the terms of an arbitration agreement has been set for hearing in this case on June 13, 2005.  The court has reviewed Defendant's motion, Plaintiff's opposition, Defendant's reply and all applicable documents, and the court has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 13, 2005, is VACATED, and the parties shall not appear at that time.  As of June 13, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   June 8, 2005**　　　　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE