TED R. FRAME, #023736
RUSSELL MATSUMOTO, #084949
FRAME & MATSUMOTO
Attorneys at Law
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
Telephone: (559) 935-1552
Facsimile: (559) 935-1555

ATTORNEYS FOR: Plaintiff

FILED

2005 SEP 27 P 2: 45

CLERK, US DIST. COURT
E... ...CALIF

BY_____

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM J. MOUREN FARMING, INC., also known as W J MOUREN FARMING COMPANY, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No.:  1:05-CV-00031-AWI-LJO <br><br> STIPULATION AND [PROPOSED] ORDER FOR STAY OF ACTION PENDING ARBITRATION |

### Stipulation

It is hereby stipulated by and between the above named parties, acting through their respective counsel, that this action be stayed until completion of the pending arbitration between the parties being conducted under the auspices of the American Arbitration Association, or until further order of the Court,

whichever occurs first.

Dated: September 2, 2005

FRAME & MATSUMOTO

by  /s/Ted R. Frame
   Ted R. Frame
   Attorneys for Plaintiff

SANDERS & ASSOCIATES

by  /s/M. Bradford Sanders
   M. Bradford Sanders
   Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

DATED: September 27, 2005

by _____
   Anthony W. Ishii
   United States District Judge