

Todd B. Barsotti, No. 148862
EMERSON, COREY, BARSOTTI & SORENSEN
2520 West Shaw Lane, Suite 102
Fresno California  93711-2765
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

**FILED**

JUN 2 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William J. Mouren Farming, Inc., aka WJ Mouren Farming Company, Inc. | CASE NUMBER:<br><br>05-CV-00031-AWI-LJO |
| Plaintiff(s)<br>v. | |
| GREAT AMERICAN INSURANCE COMPANY, INC. | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

GREAT AMERICAN INSURANCE COMPANY _____   [ ] Plaintiff   [X] Defendant   [ ] Other _____
_Name of Party_

hereby substitutes  Todd B. Barsotti, Attorney at Law _____ who is

[x] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   600 West Shaw Avenue, Suite 300
_Street Address_

Fresno California 93704 _____   (559) 226-2100   (559) 221-7639   148862
_City, State, Zip Code_ _____ _Telephone Number_ _____ _Facsimile Number_ _____ _State Bar Number_

as attorney of record in the place and stead of  EMERSON, COREY, BARSOTTI & SORENSEN
_Present Attorney_

Dated: June 26, 2006 _____

_Signature of Party_

Todd B. Barsotti

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: June 22, 2006 _____

_Signature of Present Attorney_

James D. Emerson, for Emerson, Corey & Barsotti & Sorensen

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: June 26, 2006 _____

_Signature of New Attorney_

Todd B. Barsotti

---

Substitution of Attorney is hereby   [✓] Approved.   [ ] Denied.

Dated: _____ 6-29-06 _____

_United States District Judge / ~~Magistrate Judge~~_

---

**NOTICE TO COUNSEL:**   *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address.  This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

### SUBSTITUTION OF ATTORNEY