# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MOUREN FARMING INC., <br><br>            Plaintiff, <br><br>    vs. <br><br> GREAT AMERICAN COMPANY, <br><br>            Defendant. <br> _____/ | CASE NO. CV F 05-0031 AWI LJO <br><br> **ORDER TO SET STATUS CONFERENCE** <br><br> Date:  December 12, 2006 <br> Time:  8:30 a.m. <br> Dept.:  8 (LJO) |

      This Court conducted an August 29, 2006 status conference. Plaintiff William J. Mouren Farming, Inc. appeared by telephone by counsel Ted R. Frame, Frame & Matsumoto. Defendant Great American Insurance Company appeared by telephone by counsel Thomas James, Sanders & Associates, LPA. The parties' counsel explained that the parties continue to address arbitration and potential settlement. As such, this Court SETS a status conference for December 12, 2006 at 8:30 a.m. in Department 8 (LJO). The parties' counsel are encouraged to appear at the conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680. At the status conference, the parties' counsel shall be prepared to discussed the pending arbitration, settlement progress, and whether to continue the stay of this action.

      IT IS SO ORDERED.

**Dated:   August 29, 2006**             /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE