# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. MOUREN FARMING, INC., | Case Number: 1:05-cv-00031 AWI LJO |
| PLAINTIFF, | |
| VS. | NOTICE OF RE-SET SCHEDULING CONFERENCE |
| GREAT AMERICAN INSURANCE COMPANY, | |
| DEFENDANT. / | |

Due to the elevation of United States Magistrate Judge Lawrence J. O'Neill and the impending temporary re-assignment of the captioned case to United States Magistrate Judge Theresa A. Goldner as the referral Magistrate Judge,

YOU ARE NOTIFIED that:

The Status Conference currently set for February 23, 2007 at 8:30 a.m. is VACATED and RESET as a TELEPHONIC STATUS CONFERENCE on March 1, 2007 at 11:00 a.m. before Judge Goldner. Counsel are to appear at the telephonic Status Conference by arranging a one-line conference call and adding the Court at (661) 326-6620. Counsel are to contact Courtroom Deputy Clerk Alan Leon Guerrero, no later than February 23, 2007, to advise whether they are unable to participate by telephone, and shall contact him at (661) 326-6620 or via email at aleonguerrero@caed.uscourts.gov.

If any counsel is unable to participate by telephone, and shall provide timely notice thereof, the Status Conference will be reset for a subsequent date and conducted by Judge Goldner in the United States Courthouse in Fresno.

IT IS SO ORDERED.

Dated: **February 14, 2007**                              **/s/ Theresa A. Goldner**
j6eb3d                                                          UNITED STATES MAGISTRATE JUDGE

1