TED R. FRAME, #023736
RUSSELL MATSUMOTO, #084949
FRAME & MATSUMOTO
Attorneys at Law
201 Washington Street
P.O. Box 895
Coalinga, California 93210
(559) 935-1552
Fax: (559) 935-1555

Attorneys for Plaintiff-Counterdefendant

M. BRADFORD SANDERS (OHIO #0039723)
THOMAS C. JAMES, JR (OHIO #0073531)
SANDERS & ASSOCIATES, L.P.A.
5240 Socialville-Foster Road
Mason, Ohio  45040
(513) 229-8080
Fax:  (513) 229-8081

Attorneys for Defendant-Counterclaimant
 (*Admitted Pro Hac Vice)*

TODD D. BARSOTTI, #148862
BARSOTTI & BAKER, LLP
600 West Shaw Lane, Suite 300
Fresno, California 93704

Local Counsel for Defendant-Counterclaimant

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM J. MOUREN FARMING, INC., a/k/a W J MOUREN FARMING COMPANY, INC.,**<br><br>       **Plaintiff,**<br><br>**vs.**<br><br>**GREAT AMERICAN INSURANCE COMPANY,**<br><br>       **Defendant.** | Case No. 1:05-CV-00031-AWI-NEW(TAG)<br><br>**STIPULATION OF DISMISSAL** |

| |
|---|
| **GREAT AMERICAN INSURANCE COMPANY,**<br><br>                    Counterclaimant,<br><br>vs.<br><br>**WILLIAM J. MOUREN FARMING, INC., a/k/a W J MOUREN FARMING COMPANY, INC.,**<br><br>                    Counterdefendant. |

It is stipulated by the parties to this action, through their attorneys, that:

1. **The parties to this action have reached a settlement;**

2. Under the terms of the settlement between the parties, this action will be dismissed with prejudice; and

3. The Court may enter an order of dismissal accordingly.

```
                                    FRAME & MATSUMOTO
Dated: March 27, 2008
                                    By:    /s/ Ted R. Frame
                                       TED R. FRAME
                                       Attorneys for
                                    Plaintiff- Counterdefendant



                                    SANDERS & ASSOCIATES, L.P.A.
                              By:     /s/ M. Bradford Sanders
                                         M. BRADFORD SANDERS
                                       Attorneys for
                                       Defendant-Counterclaimant
```

**ORDER**

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.   Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

**IT IS SO ORDERED.**

Dated:   March 27, 2008            /s/ Anthony W. Ishii
                                   **UNITED STATES DISTRICT JUDGE**